# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| JAMES LAWRENCE SMITH, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00224-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| BUNCOMBE COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 26, 2014 Memorandum of Decision and Order.

August 26, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court